### STATE OF NEW JERSEY IN THE INTEREST OF A. B. M., JUVENILE APPELLANT.

Argued September 11, 1973—Decided September 25, 1973.

*Mrs. Rosemary K. Reavey,* Assistant Deputy Public Defender, argued the cause for appellant. (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Michael H. Kessler,* Assistant Prosecutor, argued the cause for respondent. (*Mr. Karl Asch,* Union County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division. *State of New Jersey in Interest of A. B. M.,* 125 *N. J. Super.* 162 (App. Div. 1972).

*For affirmance* — Chief Justice GARVEN and Justices JACOBS, HALL, SULLIVAN, PASHMAN and CLIFFORD—6.

*For reversal*—None.